_____ FILED _____ LODGED
_____ RECEIVED
NOV 16 2026
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| John Rood, Plaintiff(s), v. , Defendant(s). | CASE NO. 26 CV 4447 TL [to be filled in by Clerk's Office] COMPLAINT FOR A CIVIL CASE Jury Trial: ☐ Yes ☐ No |

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: John Rood
Street Address: 506 maple st
City and County: Wilkeson Pierce
State and Zip Code: WA
Telephone Number: 425 321-4679

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | ~~Buckys~~ |
| Job or Title *(if known)* | ~~Assistant manager~~ |
| Street Address | ~~3528 S meridian~~ |
| City and County | ~~puyallup~~ |
| State and Zip Code | ~~wa 98373~~ |
| Telephone Number | ~~253 300-1025~~ |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4 Bill Gates

Name ~~Becky S~~

Job or Title *(if known)* ~~Assistant Manager~~

Street Address ~~3928 S Meridian~~

City and County ~~Puyallup~~

State and Zip Code ~~WA 98373~~

Telephone Number ~~253 380-0825~~

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(select all that apply)*

☐ Federal question: If checked complete section A.

☐ Diversity of citizenship: If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

| |
|---|
| |

B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual.

The plaintiff (*name*) John Raul, is a citizen of the State of (*name*) Washington.

b. If the plaintiff is a corporation.

The plaintiff, (*name*) ______, is incorporated under the laws of the State of (*name*) ______, and has its principal place of business in the State of (*name*) ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) they will not let you

a. If the defendant is an individual. see the person

The defendant, (*name*) hurting me, is a citizen of the State of (*name*) They Have. Or is a citizen of (*foreign nation*) threatend

b. If the defendant is a corporation.

The defendant, (*name*) my family, is incorporated under the laws of the State of (*name*) ______, and has its principal place of business in the State of (*name*) ______.

Or is incorporated under the laws of (*foreign nation*) ______, and has its principal place of business in (*name*)______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed*:

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

## IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/16/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff John Reed

Date of signing: ______________________

Signature of Plaintiff ______________________

Printed Name of Plaintiff ______________________

Date of signing: ______________________

Signature of Plaintiff ______________________

Printed Name of Plaintiff ______________________