UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROOD,

Plaintiff,

v.

BILL GATES,

Defendant.

Case No. C26-4447-TL

ORDER TO SHOW CAUSE

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) A district court may permit indigent litigants to proceed IFP upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). "To qualify for in forma pauperis status, a civil litigant must demonstrate both that the litigant is unable to pay court fees and that the claims he or she seeks to pursue are not frivolous." *Ogunsalu v. Nair*, 117 F. App'x 522, 523 (9th Cir. 2004), *cert. denied*, 544 U.S. 1051 (2005). To meet the first prong of this test, a litigant must show that he or she "cannot because of his [or her] poverty pay or give security for the costs and still be able to provide him[ or her]self and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) (internal alterations omitted).

Plaintiff's IFP application shows that he is currently employed earning $4,800 per month, receives $2,200 annually in federal assistance, possesses approximately $4,050.00 in his checking and savings accounts, and has monthly housing and child support obligations of approximately $1,930. (Dkt. # 1 at 1-2.) Given that Plaintiff's income and other savings exceed his disclosed expenses by a reasonable margin, Plaintiff's IFP application indicates that he has sufficient funds to afford the $405.00 filing fee. (*See id.*) Accordingly, Plaintiff is ORDERED to pay the $405.00 filing fee or show cause by **December 2, 2026**, why this Court should not recommend the IFP application be denied. The Clerk is directed to re-note Plaintiff's IFP application (dkt. # 1) for **December 2, 2026**, and to send copies of this order to Plaintiff and to the Honorable Tana Lin.

Dated this 23rd day of November, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge